# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LINE CONSTRUCTION BENEFIT FUND, ) <br> A HEALTH AND WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED POWER LINE CONTRACTORS, ) <br> LLC, ) <br> ) <br> Defendant. ) | | 1:15-CV-433 <br><br> Judge Chang <br><br> Magistrate Judge Gilbert |

## MOTION TO VACATE ORDER OF DISMISSAL, TO REINSTATE ACTION, AND FOR ENTRY OF JUDGMENT

NOW COMES the Plaintiff and moves this Honorable Court to vacate Order of Dismissal entered on July 7, 2015, a copy of which is attached hereto as Plaintiff's Exhibit "A", and to reinstate Plaintiff's cause of action instanter, and for entry of judgment against the Defendant.

In support of Plaintiff's Motion, Plaintiffs state as follows:

1)  That pursuant to Settlement Agreement and Agreed Order of Dismissal, executed by the parties and filed with the Court on June 24, 2015, a copy of which is attached hereto as Plaintiff's Exhibit "B", the parties agreed to a dismissal of the pending action.

2)  That notwithstanding the provisions of the Settlement Agreement, specifically paragraph 2 thereof, the Defendant has failed to remit payments for the months of September 2015, and October 2015, and current contributions for 2015.

WHEREFORE, in accordance with the provisions of the Agreed Order of Dismissal, Exhibit "A", Plaintiff prays that the Order of Dismissal be vacated instanter, Plaintiff's cause of action be reinstated, and that judgment enter in favor of Plaintiff and against the Defendant in the amount of $15,535.00, as and for the outstanding delinquencies.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: October 27, 2015